AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of Georgia

| | |
|---|---|
| AMINAT MCCLURE, an Individual, JUSTIN MCCLURE, an Individual, AMINAT MCCLURE and JUSTIN MCCLURE on behalf of their minor children, A.M and A.M.<br><br>*Plaintiff(s)*<br><br>v.<br><br>MARK COUCH, an Individual, COUCH MEDIA GROUP LLC, a Georgia Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. 1:25-3217 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Couch Media Group, LLC
1465 Loch Lomond Trail
Atlanta, GA 30331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Genevieve Dame
Hayes M. Dever, Jr.
Dame Law, PC
2392 Mt. Vernon Road
Dunwoody, GA 30338

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____06/09/2025_____



_____s/Stephanie Wilson-Bynum_____
*Signature of Clerk or Deputy Clerk*