UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMINAT MCCLURE, an Individual, JUSTIN MCCLURE, an Individual, AMINAT MCCLURE and JUSTIN MCCLURE on behalf of their minor children, A.M and A.M.,

JURY TRIAL DEMANDED

Plaintiffs,

v.

Case No. 1:25-cv-03217-MHC

MARK COUCH, an Individual, COUCH MEDIA GROUP LLC, a Georgia Limited Liability Company,

Defendants.

______________________________________/

# PLAINTIFFS' INITIAL DISCLOSURES

**(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case:**

## RESPONSE

This is an action for copyright infringement under 17 U.S.C. § 101 *et seq.*, trademark infringement under 15 U.S.C. § 1051 *et seq.* 1125(a), violation of the Georgia common law right of publicity, and fraudulent misrepresentation.

In 2024, Plaintiffs Aminat and Justin McClure, along with their minor children, entered into a business relationship with Defendant Mark Couch to create and promote a children's music group called "From A-to-Z." Plaintiffs contributed production services, funding, editing, and the use of their online platforms to support

the project. The business relationship ended in October 2024, at which point Plaintiffs requested the removal of content featuring their minor children, intellectual property, and likenesses.

Plaintiffs contend that despite the written revocation of prior granted rights, Defendants failed to cease use of the works in question. Instead, Defendants continued to publicly display, distribute, and monetize the content, while also submitting false ownership claims to digital platforms. Defendants have also continued to collect royalties and ad revenue from the disputed content without Plaintiffs' authorization.

The legal issues in the case include whether Defendants unlawfully used and monetized copyrighted content, violated Plaintiffs' trademark and publicity rights, and engaged in fraudulent conduct through false representations of ownership and licensing authority.

**(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action:**

Plaintiffs contend that the following may be applicable to this action.

**Statutes:**

A) The United States Copyright Act, 17 U.S.C. § 101 *et seq.* (specifically including §§ 106, 202, 204(a), 501-503, 505)
B) The Lanham Act, 15 U.S.C. § 1051 *et seq.* (specifically including §§ 1125)

**Case Law:**

A) *Fourth Estate Pub. Ben. Corp. v. Wall-Street.com, LLC*, 586 U.S. 296 (2019)
B) *Burger King Corp. v. Mason*, 710 F.2d 1480, 1492 (11th Cir. 1983)
C) *Radio Television Espanola S.A. v. New World Entm't, Ltd.*, 183 F.3d 922 (9th Cir. 1999)
D) *Viacom Int'l, Inc. v. Fanzine Int'l, Inc.*, 2000 WL 1854902 (S.D.N.Y. July 12, 2000)
E) *Pavesich v. New England Life Ins. Co.*, 122 Ga. 190 (1905)

F) *Martin Luther King, Jr., Center for Social Change, Inc. v. American Heritage Products, Inc.*, 250 Ga. 135 (1982)
G) *Bullard v. MRA Holding, LLC*, 292 Ga. 748 (2013)

**Legal Principles:**
A) Georgia common law right of publicity protecting against unauthorized commercial use of a person's name, image, or likeness.
B) Georgia common law and general tort principles applicable to fraudulent misrepresentation, including false statements made with knowledge of their falsity and intent to induce reliance.

Plaintiff reserves the right to supplement this response at a later date.

**(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)**

See Attachment A.

**(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)**

Plaintiffs have not yet retained an expert in this matter. Plaintiffs reserve the right to retain an expert for the presentation of evidence at trial under Rules 702, 703 or 705 of the Federal Rules of Evidence, and to amend and supplement this response as permitted by the Federal Rules of Civil Procedure, the Local Rules for the Northern District of Georgia, and by the Court. See also, Attachment B.

**(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

See Attachment C.

**(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

Plaintiffs' damages, arising from the claim set forth in Plaintiffs' Complaint and described therein, will be fully computable following discovery in this matter and may be further detailed in forthcoming lay and/or expert witness report(s) pursuant to Fed. R. Civ. P. 26(a)(2). Plaintiffs reserve the right to amend and supplement this response as permitted by the Federal Rules of Civil Procedure, the Local Rules for the Northern District of Georgia, and by the Court. See also, Attachment D.

**(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

Upon information and belief, none.

**(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.**

Upon information and belief, none.

This the 28th day of July, 2025

Respectfully submitted,
DAME LAW, PC

By: */s/* Genevieve H. Dame
Genevieve H. Dame
Georgia Bar No. 142229

GDame@DameLawPC.com
Hayes M. Dever, Jr.
Georgia Bar No. 338488
HDever@DameLawPC.com

Dame Law, PC
2392 Mt. Vernon Road
Dunwoody, Georgia 30338
Telephone: (678) 456-5797
Facsimile: (678) 456-5754

***Counsel for Plaintiffs***

Respectfully submitted,
Landry Legal, PLLC

By: */s/* James Landry

James Landry
james@landrypllc.com

43 W 43rd Street
Suite 272
New York, NY 10036
(888) 914-0011
*Admitted Pro Hac Vice*

***Counsel for Plaintiffs***

**FONT CERTIFICATION**

In compliance with Local Rule 7.1(D), counsel for Plaintiffs certifies that this filing was prepared using a font and point selection approved by the Court in Local Rule 5.1(B), Times New Roman 14.

Respectfully submitted,
DAME LAW, PC

By: */s/* Genevieve H. Dame

Genevieve H. Dame
Georgia Bar No. 142229
GDame@DameLawPC.com
Hayes M. Dever, Jr.
Georgia Bar No. 338488
HDever@DameLawPC.com

Dame Law, PC
2392 Mt. Vernon Road
Dunwoody, Georgia 30338
Telephone: (678) 456-5797
Facsimile: (678) 456-5754

***Counsel for Plaintiffs***

**Attachment "A"**

1. All named Plaintiffs – General knowledge of the facts and issues raised in Plaintiffs' Complaint as well as Plaintiffs' defenses to Defendants' Counterclaim. – May be contacted only through counsel of Plaintiffs.
2. All named Defendants – General knowledge of Defendants' conduct and the facts and issues raised in Plaintiffs' Complaint.

Plaintiffs reserve the right to supplement this response as additional fact witnesses are identified.

**Attachment "B"**

None at this time. Plaintiffs reserve the right to supplement this response in the future.

# Attachment "C"

The following documents, data, and tangible things in Plaintiffs' possession, custody, or control may be used to support Plaintiffs' claims:

1) Copyright Registration No. PA0002506505
2) Copyright Registration No. PA0002506506
3) Copyright Registration No. PA0002506507
4) Non-privileged correspondence relating to the business relationship between Plaintiffs and Defendants.
5) Original recordings of works subject to suit.

Plaintiffs' disclosure of these documents is made prior to discovery in this action; accordingly, Plaintiffs have not yet identified all documents in their possession, custody, or control that Plaintiffs may use to support their claims. Plaintiffs reserve the right to supplement this response as discovery and its investigations proceed.

**Attachment "D"**

Plaintiffs' damages are to be calculated following the completion of discovery. However, Plaintiffs anticipate that their damages will generally include damages arising from Defendants' infringement of Plaintiffs' copyright and trademark rights as well as statutory penalties, attorney's fees and expenses of litigation, and any other damages available under the law.

# **Attachment "E"**

None at this time.

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMINAT MCCLURE, an Individual, JUSTIN MCCLURE, an Individual, AMINAT MCCLURE and JUSTIN MCCLURE on behalf of their minor children, A.M and A.M.,

JURY TRIAL DEMANDED

Plaintiffs,

v.

Case No. 1:25-cv-03217-MHC

MARK COUCH, an Individual, COUCH MEDIA GROUP LLC, a Georgia Limited Liability Company,

Defendants.

_______________________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served counsel for the opposing party in the foregoing action with a true and correct copy of **PLAINTIFFS' INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system, and by depositing a copy in the United States Mail, with sufficient first-class postage affixed thereon, addressed as follows:

Mark Couch
1465 Loch Lomond Trail
Atlanta, GA 30331
markcouch@couchmediagroup.com

James Landry
Landry Legal, PLLC
43 W 43rd Street, Suite 272
New York, NY 10036-7424
james@landrypllc.com

This 28th day of July, 2025.

Respectfully submitted,
DAME LAW, PC

By: /s/ Genevieve H. Dame

Genevieve H. Dame
Georgia Bar No. 142229
GDame@DameLawPC.com
Hayes M. Dever, Jr.
Georgia Bar No. 338488
HDever@DameLawPC.com

Dame Law, PC
2392 Mt. Vernon Road
Dunwoody, Georgia 30338
Telephone: (678) 456-5797
Facsimile: (678) 456-5754

***Counsel for Plaintiffs***